UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUES AVILES AND SABRINA SOTO )<br>    Plaintiffs )<br> )<br>v. )<br> )<br>WAYSIDE AUTO BODY, INC., D/B/A )<br>SKYLINE RECOVERY SERVICE AND )<br>WELLS FARGO BANK, N.A., D/B/A WELLS )<br>FARGO DEALER SERVICES )<br>    Defendants )<br> ) | Case No. 3:12-cv-01520-VLB |

**DEFENDANT'S, WAYSIDE AUTO BODY, INC.,
D/B/A SKYLINE RECOVERY SERVICE
NOTIFICATION OF COMPLIANCE**

    Now comes the defendant, Wayside Auto Body, Inc., and provides notice to the court that it has complied with Plaintiff's Motion for Order of Compliance. Plaintiff's motion seeks the defendant's response to: (1) Plaintiffs' Interrogatories and Request for Production of Documents; and (2) compliance with Rule 26(a) initial disclosures.

    The defendant has complied with the plaintiffs' requests.   The defendant provided: (1) its Rule 26(a) initial disclosures on July 18, 2013 to the plaintiff and all other parties; (2) Answers to Plaintiffs' Interrogatories were provided on July 24, 2013 and served on all other parties; and (3) Responses to Plaintiffs' Request for Documents were provided on August 19, 2013 and served on all other parties.

    For the above mentioned reasons the defendant has complied with the Court's order and provides notice of compliance as ordered by the court.   Since

the defendant has complied by August 19, 2013 and provided notice to the court by August 20, 2013 as requested by the court, the defendant is under the belief that the hearing on August 27, 2013 at 3:00 p.m. has been rendered unnecessary.

                                                   Respectfully submitted,
Wayside Auto Body Inc., d/b/a Skyline,
By its attorney,

August 20, 2013                      /s/ Alfred. P. Chamberland
Alfred P. Chamberland
Juris Number 409246
5A Arthur Street -- PO Box 217
Easthampton, MA 01027
Phone: (413) 529-0404
Fax: (413) 529-0347
E-mail: apchamberl@aol.com

### CERTIFICATE OF SERVICE

     I hereby certify that on August 20, 2013, a copy of foregoing DEFENDANT'S, WAYSIDE AUTO BODY, INC., D/B/A SKYLINE RECOVERY SERVICE ANSWER was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the court's CM/ECF System.

                                                   /s/ Alfred. P. Chamberland
Alfred P. Chamberland
Juris Number 409246
5A Arthur Street -- PO Box 217
Easthampton, MA 01027
Phone: (413) 529-0404
Fax: (413) 529-0347
E-mail: apchamberl@aol.com