UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUES AVILES and SABRINA SOTO ) | CIVIL ACTION NO. |
|     Plaintiffs ) | 3:12-CV-01520-VLB |
| ) | |
| v. ) | |
| ) | |
| WAYSIDE AUTO BODY, INC., D/B/A ) | |
| SKYLINE RECOVERY SERVICE AND ) | |
| WELLS FARGO BANK, N.A., D/B/A WELLS ) | |
| FARGO DEALER SERVICES. ) | |
|     Defendants ) | |
| ) | SEPTEMBER 26, 2013 |

## MOTION FOR ORDER OF COMPLIANCE

Plaintiffs hereby move pursuant to Fed. R. Civ. P. 37 for an order compelling the defendant, Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ("Wells Fargo"), to comply with Plaintiffs' Interrogatories that were served upon Wells Fargo on March 14, 2013, and for an order of sanctions for Wells Fargo's failure to comply with the discovery. In support hereof, the Plaintiffs represent as follows:

    1. On March 14, 2013, Plaintiffs served Interrogatories and Request for Production of Documents upon Wells Fargo. Answers to the discovery were due on April 15, 2013, however, the parties agreed to an extension of time until May 17, 2013.

    2. On May 23, 2013, the office of the undersigned counsel emailed Attorney David Bizar, counsel for Wells Fargo, asking for the status of the discovery responses. Attorney Lauren Regis replied and indicated they were still in the process of obtaining information from their client and that their point of contact at Wells Fargo was out of the office until Tuesday, May 28 and they hoped to have the discovery responses by the end of the next week.

3.  On June 10, 2013, the undersigned counsel's office sent a follow-up email to Attorney Regis.  Attorney Regis replied that she should have the signed answers to interrogatories by Friday [June 14, 2013].

4.  On June 14, 2013, the undersigned counsel's office sent a follow-up email to Attorney Regis asking for the responses.  Attorney Regis replied and attached documents in response to the request for production, and indicated that she would have the answers to the interrogatories by the middle of the next week.

5.  On July 12, 2013, counsel for Wells Fargo indicated in a telephone conversation that she would try to get interrogatory responses served at the end of the following week.

6.  On August 2, 2013, the undersigned office left another voice mail message for Attorney Regis regarding the interrogatory responses.

7.  On September 3, 2013, Attorney Hailey Gallant, counsel for Plaintiffs, sent an email to Attorney Regis notifying her that Plaintiffs would file a motion for order of compliance if the interrogatory responses were not received that week.  Attorney Regis replied by email on September 3, 2013, stating she would get the responses to the undersigned that same week.

8.  On September 9, 2013, Attorney Regis emailed Attorney Gallant and indicated that Wells Fargo's in-house counsel, the person who needs to do a final approval of the interrogatory responses, was out of the office the entire week due to a family emergency and they would be unable to serve the interrogatory responses until September 16, 2013.

9. On September 16, 2013, Attorney Gallant emailed Attorney Regis to follow-up on the interrogatory responses. On September 18, 2013, Attorney Regis replied and indicated that they were finalizing the answers to the interrogatories and would serve them "as soon as possible."

10. On September 23, 2013, Attorney Gallant emailed Attorney Regis and indicated that if the interrogatory responses were not received by Wednesday [September 25, 2013], it was Plaintiffs' intention to file a motion with the Court.

11. As of the date of this motion, Wells Fargo has failed to serve its responses to the interrogatories.

12. The deadline to complete discovery is December 31, 2013.

Accordingly, the Plaintiffs ask this Court to order Wells Fargo to comply with the Plaintiffs' Interrogatories, and further moves the Court for sanctions in the form of an award of attorney's fees for the cost of pursuing this motion in the amount of $450. In support of this sanctions request, the undersigned represents that his office has spent more than 1.5 hours in their efforts to communicate with the defendant's counsel and in preparing this motion.

        Plaintiffs, Jacques Aviles and Sabrina Soto

By: /s/ Daniel S. Blinn
    Daniel S. Blinn  (ct 02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel: (860) 571-0408
    Fax: (860) 571-7457
    dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 26th day of September, 2013, a copy of foregoing Motion for Order of Compliance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Daniel S. Blinn
    Daniel S. Blinn

4